UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC., a Washington corporation, Contractor's License No. WESTERC891KC, UBI No. 602620391, and DUANE MAY JR. and BETSY MAY, and the martial community jointly and severally, Washington Residents,<br><br>Defendants. | NO. 2:18-cv-00486-BAT<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND ASSOCIATED CASE SCHEDULE DATES |

The parties have cooperated in completing an audit of Defendants' payroll records and Plaintiffs have agreed to give Defendants an opportunity to review the audit report and either

submit payment or provide documentation to support revisions to the audit. The parties seek to continue the trial and other pretrial deadlines for 90 days while they work toward final resolution of this matter. Dkt. 11. The parties expect that they will be able to resolve this matter no later than June 18, 2019. *Id.*, p. 2.

Accordingly, it is **ORDERED**:

1) The parties' Motion to Continue Trial and Associated Case Schedule Dates (Dkt. 11) is **GRANTED**.

2) All pretrial deadlines, including the trial date of September 3, 2019 (*see* Dkt. 10), are **stayed** pending further Order of this Court.

3) The parties shall file motions to resolve this matter no later than **June 18, 2019**. If the parties are unable to resolve this matter, they shall advise the Court by **June 18, 2019**, and the Court will issue an amended pretrial schedule and schedule a new trial date.

Dated this 25th day of February, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge