UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC., a Washington corporation, Contractor's License No. WESTERC891KC, UBI No. 602620391, and DUANE MAY JR. and BETSY MAY, and the martial community jointly and severally, Washington Residents,<br><br>Defendants. | NO. 2:18-cv-00486-BAT<br><br>ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORT |

On February 25, 2019, the Court continued the trial date and all pre-trial deadlines while the parties completed an audit of Defendants' payroll records. Dkt. 12. At that time, the

parties were to advise the Court by June 18, 2019 if they were unable to resolve this matter. *Id.* On June 13, 2019, Plaintiffs reported that the matter has not yet been resolved but the parties continue to cooperate in determining whether revisions to the audit are appropriate. Dkt. 14.

Accordingly, it is **ORDERED:**

1) All pretrial deadlines, including the trial date of September 3, 2019 (*see* Dkt. 10), remain **stayed** pending further Order of this Court.

2) The parties shall advise the Court, by **July 17, 2019**, if the case has settled. If the case has not settled, the parties shall advise whether the Court should set this matter for trial and issue new pretrial deadlines.

Dated this 17th day of February, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge