UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>     Plaintiffs,<br><br>  v.<br><br>WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC., a Washington corporation, Contractor's License No. WESTERC891KC, UBI No. 602620391, and DUANE MAY JR. and BETSY MAY, and the martial community jointly and severally, Washington Residents,<br><br>     Defendants. | NO. 2:18-cv-00486-BAT<br><br>ORDER CONTINUING STAY OF PRETRIAL DEADLINES AND TRIAL |

Pursuant to the parties' joint request to continue to stay all pretrial dates and the trial date (Dkt. 16), it is **ORDERED** that this matter shall remained stayed until further order of

the Court. The parties shall immediately advise the Court when they have settled this matter or if they are unable to reach a settlement. The parties shall provide the Court with an update of their progress no later than **August 23, 2019**.

Dated this 18th day of July, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge