UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN REBAR CONSULTING INC., d/b/a WESTERN INDUSTRIES, INC., et al.,<br><br>Defendants. | CASE NO. 2:18-cv-00486-RAJ-BAT<br><br>**ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Plaintiffs' motion to dismiss Defendants' counterclaim (Dkt. 42) is **DENIED**.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 20th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2