UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND.<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN REBAR CONSULTING INC., d/b/a WESTERN INDUSTRIES, INC., and DUANE MAY JR. and BETSY MAY, and the martial community jointly and severally,<br><br>Defendants. | CASE NO. 2:18-cv-00486-RAJ-BAT<br><br>**ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

ORDER - 1

(2) Plaintiffs' motion for summary judgment (Dkt. 52) is **GRANTED**; Defendants' cross-motion for summary judgment (Dkt. 55) is **DENIED**.

(3) Judgment shall be entered in favor of Plaintiffs against Defendant Western Rebar Consulting, Inc. d/b/a Western Industries, Inc., for unpaid contributions of $92,014.36 for the Audit period of June 1, 2016 through June 30, 2018, minus $3,312.62 identified as overpayments in the audit for pension, annuity and apprenticeship funds; $32,695.55 in liquidated damages; $60,117.661 in interest (through May 15, 2021); and $16,006.85 in accounting fees.

(4) Judgment shall be entered in favor of Plaintiffs against Defendants Duane May, Jr. and Betsy May, jointly and severally, and their marital community, for a portion of the above contributions consisting of $4,264.23 in vacation/PTO contributions, withheld from employee paychecks; Liquidated damages of $750.00; and Interest of $316.95.

(5) Ironworkers shall submit a motion for their attorney fees, along with an updated interest calculation within **ten (10) days** of this Order.

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 8th day of June, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2