THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>          Plaintiffs,<br>     v.<br><br>WESTERN REBAR CONSULTING, INC. d/b/a WESTERN INDUSTRIES, INC., a Washington corporation, Contractor's License No. WESTERC891KC, UBI No. 602620391, and DUANE MAY JR. and BETSY MAY, and the martial community jointly and severally, Washington Residents, | NO. 2:18-cv-00486-RAJ-BAT<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES AND UPDATED INTEREST |

ORDER -1

Defendants.

The Court having considered Plaintiff's Motion for Attorney Fees and Revised Interest, all supporting documents, and being fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs Boards of Trustees of the Northwest Ironworkers Health and Security Fund, Northwest Ironworkers Employers Vacation Trust, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Fund, Northwest Ironworkers & Employers Apprenticeship & Training Trust Fund ("Trust Funds") are awarded $57,591.50 in attorneys' fees.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Trust Funds are awarded interest calculated through June 15, 2022 on the June 2016 through June 2018 unpaid audit contributions in the amount of $78,362.01.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Trust Funds are awarded interest calculated through June 15, 2022 on the withheld unpaid vacation and paid time off audit contributions in the amount of $3,612.78.

The judgment shall accrue interest at 18% as set forth in the governing Trust Agreements until the date the judgment is paid.

Dated this 31st day of October, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER -2