HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Boards of Trustees of the Northwest Ironworkers Health and Security Fund, et al., <br><br>Plaintiffs, <br>v. <br><br>Western Rebar Consulting, Inc. d/b/a Western Industries, Inc., et al., <br><br>Defendants. | Case No. 2:18-cv-00486-RAJ <br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT WESTERN REBAR CONSULTING, INC.** |

THIS MATTER, having come before the Court on the Defendant's Motion to Withdraw as Counsel for Defendants Western Rebar Consulting, Inc. (the "Motion"), in the above captioned matter, and the Court having considered the following:

1. Motion to Withdraw as Counsel;

2. Response and supporting Declarations, if any;

3. Reply, if any; and

4. The pleadings and papers on file with the Court.

//

//

ORDER - 1

The Court, having considered the foregoing, and having read the arguments of counsel, it is now, therefore:

**ORDERED** that the Motion to Withdraw as Counsel for Defendant Western Rebar Consulting, Inc. is **GRANTED**.

DATED this 31st day of October, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2